UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-4933 DSF (Ex) | Date | 11/24/08 |
|---|---|---|---|
| Title | Marshell Lee Sr. v. Irwin Industries Inc. et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order To Show Cause Regarding Dismissal of Complaint's Tenth Cause of Action For Res Judicata

The Court orders Plaintiff to provide a more definite statement of his Tenth Cause of Action no later than December 24, 2008. Failure to provide a more definite statement by that date will result in the Court striking the Tenth Cause of Action pursuant to Rule 12(e) of the Federal Rules of Civil Procedure.

Once Plaintiff provides a more definite statement, the Court will determine whether the Tenth Cause of Action is barred by res judicata.

IT IS SO ORDERED.